UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re:
HAMID SHARIF and
YASMIN SHARIF,
    Debtor(s), No. 04-16656 s7

**REPORT TO THE COURT OF UNCLAIMED FUNDS
TO BE DEPOSITED INTO THE COURT REGISTRY**

Pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, I report to the Court that I will deposit the total sum of $669.79 with the Clerk of the Court for transmission to the United States Treasury. These monies represent unclaimed funds. All known names and addresses of the entities and the amount which they are entitled to be paid are listed here:

    Pica, Seibel & Vaughn LLP                $415.17
    P.O. Box 21160
    Albuquerque, NM 87154-1160

    Chase Manhattan Bank USA              $254.62
    P.O. Box 52176
    Phoenix, AZ 85072-2176

    Filed electronically
    Philip J. Montoya
    Chapter 7 Trustee
    P.O. Box 159
    Albuquerque, NM 87103
    Tel: (505) 244-1152
    Fax: (505) 242-2836

I hereby certify that a true copy of the foregoing has been mailed to the U.S. Trustee's Office via electronic mail to ustpregion20.aq.ecf@usdoj.gov this 3rd day of September, 2009.

    Filed electronically
    Philip J. Montoya